# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOLTVNETWORK.COM, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 19-296-CFC |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| MICROSOFT CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED by Plaintiff CoolTVNetwork.com, Inc. and Defendant Microsoft Corporation ("Microsoft"), subject to the approval of the Court, that the time for Microsoft to move, answer, or otherwise respond to the Complaint is extended to April 5, 2019.

  /s/ Timothy Devlin  
Timothy Devlin (#4241)  
Devlin Law Firm, LLC  
1306 N. Broom Street, 1st Floor  
Wilmington, DE 19806  
(302) 449-9010  
tdevlin@devlinlawfirm.com  

*Attorneys for Plaintiff*  
*CoolTVNetwork.com, Inc.*

  /s/ Kelly E. Farnan  
Kelly E. Farnan (#4395)  
Richards, Layton & Finger, P.A.  
One Rodney Square  
920 N. King Street  
Wilmington, DE 19801  
(302) 651-7700  
farnan@rlf.com  

*Attorneys for Defendant*  
*Microsoft Corporation*

Dated: February 21, 2019

SO ORDERED this _____ day of _____, 2019.

_____  
UNITED STATES DISTRICT JUDGE

RLF1 20842988v.1